Copies Mailed/Faxed 3/18/20
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHRISTOPHER JACKSON,
        Plaintiff,

v.

SGT. PACHANCO, C.O. HARRIS, and C.O. THOM,
        Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 2013 (VB)

With respect to the initial conference in this matter scheduled for March 25, 2020, at 3:30 p.m., plaintiff and counsel for defendants shall attend by calling the following number and entering the access code when requested:

Number: (888) 363-4749 (toll-free) or (215) 446-3662

Access Code: 1703567

The parties should be on the line by 3:30 p.m. and announce their names before speaking.

By no later than March 24, 2020, defense counsel shall file on ECF the proposed agreed-upon civil case discovery plan and scheduling order.

Dated: March 18, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge